**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-491-RJC-DCK**

| | |
|---|---|
| **AZUCENA ZAMORANO ALEMAN,** **Individually and as Administrator of the** **Estate of RUBIN GALINDO CHAVEZ** **Plaintiff,** **v.** **CITY OF CHARLOTTE, DAVID** **GUERRA, Individually and Officially,** **and COURTNEY SUGGS, Individually** **and Officially,** **Defendants.** | **ADDENDUM TO** **CONSENT PROTECTIVE ORDER** |

Upon a Consent Motion filed by Plaintiff with approval of Defendants, the Consent

Protective Order in this case is hereby modified through this Addendum to include and incorporate

in its provisions for use in discovery any documents, photographs and information obtained

pursuant N.C.G.S 130A-389.1 from the State Office of the Chief Medical Examiner. As with other

discovery exchanged pursuant to the Consent Protective Order, this Addendum does not impact or

limit the right of any party to object to the admissibility of any such evidence at trial. A copy of

this Addendum shall be attached to the Consent Protective Order and shown to any witness or

other person required to abide by its terms.

       **SO ORDERED**.

Signed: July 20, 2020

David C. Keesler
United States Magistrate Judge