IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:19-CV-491-RJC-DCK

| | |
|---|---|
| AZUCENA ZAMORANO ALEMAN, Individually and as Administrator of the Estate of RUBEN GALINDO CHAVEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE, DAVID GUERRA, Individually and Officially, and COURTNEY SUGGS, Individually and Officially,<br>Defendants. | |

**PLAINTIFF'S EXHIBIT 23**

**Video Folder (Full) of Post-Shooting Interview of Tran Thompson**

**The Video Exhibit Has Been Filed Physically with the Clerk**