IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:19-CV-491-RJC-DCK

| | |
|---|---|
| AZUCENA ZAMORANO ALEMAN, Individually and as Administrator of the Estate of RUBEN GALINDO CHAVEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br>DAVID GUERRA, Individually and Officially, and COURTNEY SUGGS, Individually and Officially,<br>Defendants. | NOTICE OF APPEAL |

NOW COMES Plaintiff, through counsel, and enters Notice of Appeal from the September 30, 2021 Order of this Court granting summary judgment to Defendants.

Respectfully submitted, this the 26th day of October, 2021.

**/s/ S. Luke Largess**
S. Luke Largess
Tin Fulton Walker and Owen
llargess@tinfulton.com
*Counsel for Plaintiff*

**/s/ Brian R. Hochman**
Brian R. Hochman
**/s/ Bradley W Butler**
Bradley W. Butler
Butler, Quinn, and Hochman PLLC
bhochman@butlerandquinn.com
bbutler@butlerandquinn.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Notice of Appeal upon the parties by filing it in the ECF system.

This is the 26th day of October, 2021.

**/s/ S. Luke Largess**
S. Luke Largess (N.C. Bar # 17486)
TIN, FULTON, WALKER & OWEN, PLLC
*Attorney for Plaintiff*