FILED: August 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2223
(3:19-cv-00491-RJC-DCK)

_____

AZUCENA ZAMORANO ALEMAN, individually and as Administrator of the
Estate of RUBIN GALINDO CHAVEZ

       Plaintiff - Appellant

v.

CITY OF CHARLOTTE; DAVID GUERRA, individually and officially

       Defendants - Appellees

 and

COURTNEY SUGGS, individually and officially

       Defendant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed in part and vacated in part. This case is remanded to the district

court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK