FILED: August 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2223
(3:19-cv-00491-RJC-DCK)

_____

AZUCENA ZAMORANO ALEMAN, individually and as Administrator of the Estate of RUBIN GALINDO CHAVEZ

    Plaintiff - Appellant

v.

CITY OF CHARLOTTE; DAVID GUERRA, individually and officially

    Defendants - Appellees

and

COURTNEY SUGGS, individually and officially

    Defendant

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*