FILED: September 12, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-2223
(3:19-cv-00491-RJC-DCK)

_____

AZUCENA ZAMORANO ALEMAN, individually and as Administrator of the Estate of RUBIN GALINDO CHAVEZ

    Plaintiff - Appellant

v.

CITY OF CHARLOTTE; DAVID GUERRA, individually and officially

    Defendants - Appellees

and

COURTNEY SUGGS, individually and officially

    Defendant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Richardson, and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk