FILED: September 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2223
(3:19-cv-00491-RJC-DCK)

_____

AZUCENA ZAMORANO ALEMAN, individually and as Administrator of the Estate of RUBIN GALINDO CHAVEZ

 Plaintiff - Appellant

v.

CITY OF CHARLOTTE; DAVID GUERRA, individually and officially

 Defendants - Appellees

and

COURTNEY SUGGS, individually and officially

 Defendant

_____

M A N D A T E
_____

The judgment of this court, entered August 16, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                  */s/Nwamaka Anowi, Clerk*