IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:19-CV-491-RJC-DCK

AZUCENA ZAMORANO ALEMAN, Individually and as Administrator of the Estate of RUBEN GALINDO CHAVEZ

    Plaintiff,

v.

CITY OF CHARLOTTE,
DAVID GUERRA, Individually and Officially,

    Defendants.

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, through counsel and with the consent of opposing counsel, and submits this Notice that the parties have reached an agreement to resolve this matter, which is set for trial beginning November 12, 2024. The parties anticipate finalizing the settlement and filing a stipulation of voluntary dismissal prior to the trial date.

Respectfully submitted, this the 29th day of October 2024.

**/s/ S. Luke Largess**
S. Luke Largess
Tin Fulton Walker and Owen, PLLC
301 East Park Ave.
Charlotte, NC 28203
llargess@tinfulton.com
*Counsel for Plaintiff*