IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-491-RJC-DCK

| | |
|---|---|
| AZUCENA ZAMORANO ALEMAN, Individually and as Administrator of the Estate of RUBEN GALINDO CHAVEZ,<br>　　　　Plaintiff,<br>　v.<br><br>CITY OF CHARLOTTE, DAVID GUERRA, Individually and Officially,<br>　　　　Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses, with prejudice, all claims in the above-referenced action against Defendant Officer David Guerra (individually and in his official capacity as an officer of the Charlotte-Mecklenburg Police Department)) and the City of Charlotte. Each party shall bear its own its own costs, expenses, and attorneys' fees.

This the 8th day of November 2024.

        **/s/ S. Luke Largess**
        Luke Largess
        Tin Fulton Walker & Owen
        301 E. Park Avenue
        Charlotte, NC 28203
        llargess@tinfulton.com
        ***Counsel for Plaintiff***

**STIPULATED AND AGREED TO BY:**

**/s/ Roger McCalman**
Roger McCalman
Charlotte City Attorney's Office
600 E. Fourth Street, 4th Floor, Suite 454
Charlotte, North Carolina 28202
Roger.McCalman@cmpd.org
***Counsel for City of Charlotte***

**/s/ Lori Keeton**
Lori Keeton
Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
lkeeton@lorikeetonaw.com
***Counsel for David Guerra***